IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| H. DEWAYNE WHITTINGTON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WN-94-398 |
| | | (Chief Magistrate Judge Jillyn K. Schulze) |
| BOARD OF EDUCATION OF SOMERSET COUNTY, *et al.*, | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* ooo0ooo \* \* \* \* \*

## MOTION TO REOPEN CASE

Plaintiff H. DeWayne Whittington, by undersigned counsel, hereby moves to reopen this case, which was closed following a jury verdict and the entry of a "permanent" Consent Decree in November 1996, in order to enforce that Consent Decree, and in support states as follows:

1. On November 2, 1996, this Court entered a Consent Decree in this case that "ORDERED that the Board of Education of Somerset County shall rename the Crisfield Primary School in Crisfield, Maryland as the 'H. DeWayne Whittington Primary School.'" The Decree explicitly provided that "This Order is permanent in nature and shall remain in effect until the Court orders otherwise." Consent Order, attached as Exhibit 1.

2. Following the entry of that Consent Decree, this case was administratively closed. The Consent Decree, however, remains in effect.

3. As explained in more detail in the Motion to Enforce Consent Decree that plaintiff is filing contemporaneously with this motion, the Board of Education of Somerset County has informed Dr. Whittington that it plans to cease to name the Crisfield primary school

for him when it moves that school to a new building for the upcoming academic year, thereby violating the Consent Decree.

    4.    A "closed" case may be reopened by the court to enforce the terms of a consent decree. *Florida Ass'n for Retarded Citizens, Inc. v. Bush*, 246 F.3d 1296, 1298-99 (11th Cir. 2001); *see also Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381 (1994).

    5.    In order to enforce the permanent order of this Court, this case should be reopened.

Respectfully submitted,

/s/
Andrew D. Freeman, Bar No. 03867
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
410-962-1030

Mitchell Y. Mirviss, Bar No. 05535
Venable LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on June 7, 2006, a copy of this Motion to Reopen Case was mailed, first class postage prepaid, to Fulton P. Jeffers, Reese & Carney, LLP, 124 E. Main Street, Salisbury, Maryland 21801.

/s/

Andrew D. Freeman