IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| H. DEWAYNE WHITTINGTON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WN-94-398 |
| | | (Chief Magistrate Judge Jillyn K. Schulze) |
| BOARD OF EDUCATION OF SOMERSET COUNTY, *et al.*, | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \*   ooo0ooo   \* \* \* \* \*

## MOTION TO ENFORCE CONSENT DECREE

Plaintiff H. DeWayne Whittington, by undersigned counsel, hereby moves to enforce the Consent Decree entered by this Court on November 27, 1996, so as to require that the primary school in Crisfield, Maryland, continue to be named for Dr. Whittington when it moves from one building to another in the summer of 2006, and in support states as follows:

1.   At the conclusion of the trial of this case, the jury found that defendant Board of Education of Somerset County ("the Board") and two of its board members had intentionally discriminated against Dr. Whittington because of his race. The jury also recommended that a school be named for Dr. Whittington to honor his achievements and restore his good name.

2.   Following that verdict, Dr. Whittington and the Board settled his claims against them in an agreement under which he waived a substantial portion of the attorneys' fees to which he was entitled in exchange for the Board agreeing to the entry of a Consent Decree that required the Board to name the Crisfield Primary School as the "H. DeWayne Whittington Primary School."

3.  The choice of the Crisfield Primary School was not random. Dr. Whittington is a lifelong resident of Crisfield. He attended the Crisfield Colored School as a student, graduating as the valedictorian of that school in 1948. He taught at the Crisfield Colored School beginning in 1954 and served as principal of that school from 1962 to 1969, before joining in the administration of the county schools. While Dr. Whittington is a role model for all of the students of Somerset County, he is a particular role model for the students of Crisfield. Associating his name with a school for children in Crisfield was therefore of particular importance to Dr. Whittington when entering into the Settlement Agreement and Consent Decree, and that is what he bargained for, the Board agreed to, and the Court ordered.

4.  On November 2, 1996, this Court entered the Consent Decree, which "ORDERED that the Board of Education of Somerset County shall rename the Crisfield Primary School in Crisfield, Maryland as the 'H. DeWayne Whittington Primary School.' . . . This Order is permanent in nature and shall remain in effect until the Court orders otherwise." Consent Order, attached as Exhibit 1.

5.  On January 15, 1997, at a public ceremony, the Crisfield Primary School was named the H. DeWayne Whittington Primary School, and it has been so named ever since.

6.  As of the end of the current (2005-2006) school year, the building housing the Crisfield primary school will close. Beginning in September 2006, primary school students from Crisfield will attend school in a newly renovated building – the same building, originally known as the Crisfield Colored School, where Dr. Whittington attended school, graduated as valedictorian, and taught.

7. The "Crisfield Colored School" building has been closed for renovations for the past year. Before that, it was named the Carter G. Woodson Middle School. Middle school students from the Crisfield area who previously attended Woodson Middle School are currently attending school in temporary quarters in Westover. The Board has announced plans to build a new Intermediate School building in Westover. That building, which has not yet been named, is scheduled to open in September 2007 to house middle school students from throughout the county.

8. Dr. Whittington and his counsel have informed the Board and its counsel that, pursuant to the Consent Order, the new Crisfield primary school, when it opens in the old Crisfield Colored School building, should be named the Whittington Primary School. That is, the name of the school should follow the primary school children.

9. On June 1, 2006, the Board, by its counsel, informed Dr. Whittington's counsel that it is unwilling to keep Dr. Whittington's name on the Crisfield primary school when that school is moved to a new building. Instead, the Board proposes to rename the J.M. Tawes Career and Technology School in Westover the H. DeWayne Whittington Career and Technology School. *See* letter from Fulton Jeffers, counsel to Board, to Andrew Freeman, counsel to Dr. Whittington (June 1, 2006), attached as Exhibit 2.

10. While the Board's offer to rename the career and technology school in Westover for Dr. Whittington is a nice gesture, it does not comply with the Consent Order. That school is not in Crisfield, nor is it a primary school, and so does not comply with the order to name the "Crisfield Primary School" for Dr. Whittington. Moreover, that school is somewhat hidden away, and Dr. Whittington has no particular association with the career and technology field.

11. The Board has not and cannot claim that there are changed circumstances that entitle it to relief from or modification of the Consent Decree under Rule 60(b)(5). Just as when the Order was entered, there will continue to be a Crisfield primary school in 2006-2007 and thereafter. The fact that it will be housed in a different building does not change the circumstances of the order. Indeed, the new location (in the building where Dr. Whittington went to school and taught and that was the original "colored school") is more closely associated with Dr. Whittington and an even more appropriate way to honor to his achievements in education than was the previous location.

12. While it is not required to do so by the Consent Order, the Board could easily preserve the Woodson name by having it follow its middle school students to the new, as-yet-unnamed, intermediate school (or to the career and technology school if they wish to name the new intermediate school for Gov. Tawes).

13. For all of these reasons, Dr. Whittington requests that the Court order the Board of Education of Somerset County to continue to name the Crisfield primary school (*i.e.* the primary school attended by children from Crisfield) the "H. DeWayne Whittington Primary School" in perpetuity, and order that the building formerly known as the Crisfield Colored School and more recently known as the Woodson Intermediate School be renamed the H. DeWayne Whittington Primary School before the beginning of the 2006-2007 academic year.

Respectfully submitted,

/s/
Andrew D. Freeman, Bar No. 03867
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
410-962-1030

Mitchell Y. Mirviss, Bar No. 05535
Venable LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on this June 7, 2006, a copy of this Motion to Enforce Consent Decree was mailed, first class postage prepaid, to Fulton P. Jeffers, Reese & Carney, LLP, 124 E. Main Street, Salisbury, Maryland 21801.

/s/
Andrew D. Freeman