# EXHIBIT 2

Case 1:94-cv-00398-WMN    Document 122-3    Filed 06/07/2006    Page 1 of 3

# REESE & CARNEY, LLP
## Attorneys at Law

DAVID A. CARNEY
DANIEL H. SCHERR
LAURENCE B. RABER
P. TYSON BENNETT
KEVIN J. KELEHAN
THOMAS M. MEACHUM
JUDITH S. BRESLER
MICHAEL S. MOLINARO
ERIC C. BROUSAIDES
WILLIAM E. ERSKINE
MICHELLE DiDONATO
SUSAN E. BEASLEY
B. DARREN BURNS
MANISHA S. KAVADI
STEPHEN R. ELVILLE
GLENN P. THOMAS

10715 CHARTER DRIVE
COLUMBIA, MARYLAND 21044

(410) 740-4600
WASHINGTON AREA
(301) 621-5255

BALTIMORE FAX (410) 730-7729
WASHINGTON FAX (301) 621-5273

170 JENNIFER ROAD
SUITE 245
ANNAPOLIS, MARYLAND 21401
(410) 573-2001

OF COUNSEL
FULTON P. JEFFERS
124 E. MAIN STREET
P.O. BOX 269
SALISBURY, MARYLAND 21803
(410) 860-1868

OF COUNSEL
CHARLES A. REESE
AUGUST W. STEINHILBER*

DAVID C. HJORTSBERG
(1941-1992)

*ADMITTED IN WASHINGTON, D.C.
AND OHIO

June 1, 2006

**VIA TELEFAX NO.: 1-410-385-0869**

Andrew D. Freeman, Esquire
Brown, Goldstein & Levy, LLP
Suite 1700
120 East Baltimore Street
Baltimore, MD 21202-6701

Re: Whittington / Somerset County Board of Education

Dear Mr. Freeman:

    I am sorry I missed you this afternoon. I have a 2:00 o'clock meeting out of the office and will not be in the office on Friday. I am going to ask my secretary to sign this letter and get it on to you.

    The Somerset County Board of Education has addressed the need to rename a school for Mr. Whittington. You indicated to me that he wanted to have a building with students named for him.

    There is not sentiment for renaming the Woodson School. It is the feeling that it has been appropriately named and the community supports that name.

    It is currently the intention of the Somerset County Board of Education, at their June 20th meeting, to rename the J. M. Tawes Career and Technology School the H. DeWayne Whittington Career and Technology School, effective July 1, 2006. We believe that this is a bona fide good faith effort to meet the desires of the Mr. Whittington to have a school named for him and is consistent with our obligation under the Agreement.

June 1, 2006
Page 2

I wanted to give you as much advance notice as possible.

Sincerely yours,

Fulton P. Jeffers

FPJ:psg

USER/121/7-2801
7-2801.B