IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| H. DEWAYNE WHITTINGTON | * | |
| Plaintiff, | * | |
| v | * | Civil Action No. WN-94-398 |
| | * | |
| BOARD OF EDUCATION OF SOMERSET COUNTY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \*   \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for the defendant Board of Education of Somerset County in the above captioned proceeding.

_____/s/_____
Eric C. Brousaides
Federal Bar No. 012497
REESE AND CARNEY, LLP
10715 Charter Drive
Columbia, MD  21044
Phone:  (410) 740-4600
Fax: (410) 730-7729
Email: ecb@reese-carney.com