IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **H. DEWAYNE WHITTINGTON** | * | |
|     **Plaintiff,** | * | |
| v | * | **Civil Action No. WN-94-398** |
| | * | |
| **BOARD OF EDUCATION OF SOMERSET COUNTY, et al.** | * | |
|     **Defendants** | * | |

\*   \*   \*   \*   \*   \*      \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for the defendant Board of Education of Somerset County in the above captioned proceeding.

 

_____/s/_____
Judith S. Bresler
Federal Bar No. 03481
REESE AND CARNEY, LLP
10715 Charter Drive
Columbia, MD  21044
Phone  (410) 740-4600
Fax     (410) 730-7729
Email  jsb@reese-carney.com