RECEIVED IN THE OFFICE OF
JILLYN K. SCHULZE
NOV 27 1996
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NOV 25 1996

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

H. DEWAYNE WHITTINGTON,   *

    Plaintiff,   *

v.   *   Civil Action No. WN-94-398
    (Magistrate Judge Jillyn K. Schulze)

BOARD OF EDUCATION OF   *
SOMERSET COUNTY, et al.,
    *
    Defendants.
    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT DECREE

At the request of the undersigned parties and in consideration of the settlement agreement entered by them resolving all issues and claims in this matter, it is this 27th day of November, 1996, by the United States District Court for the District of Maryland,

ORDERED that the Board of Education of Somerset County shall rename the Crisfield Primary School in Crisfield, Maryland as the "H. DeWayne Whittington Primary School." A ceremony in honor of the renaming shall be held during school hours on January 15, 1997. This Order is permanent in nature and shall remain in effect until the Court orders otherwise.

_____
Jillyn K. Schulze
United States Magistrate Judge

**DEFENDANT'S EXHIBIT 1**

APPROVED AS TO FORM AND CONTENT:

*/s/ Leslie R. Stellman*
Leslie R. Stellman
Gail D. Allen
Blum, Yumkas, Mailman, Gutman &
  Denick, P.A.
1200 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201-2914
(410) 385-4000

*/s/ Kathleen G. Cox*
Kathleen G. Cox
Mitchell Y. Mirviss
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201-2978
(410) 244-7400

*/s/ John P. Houlihan* (per SHS)
John P. Houlihan
John P. Houlihan, P.A.
229 Broad Street
P.O. Box 272
Salisbury, MD 21803
(410) 749-9055

*/s/ Andrew D. Freeman*
Andrew D. Freeman
Brown, Goldstein & Levy, LLP
300 Maryland Bar Center
520 West Fayette Street
Baltimore, MD 21201
(410) 962-1030

Attorneys for Defendant
  Board of Education of Somerset County

Attorneys for Plaintiff
  H. DeWayne Whittington