# End of an era: School closings



Special to the Crisfield Times/**Jason Rhodes**

**When Marion Sarah Peyton School closes this summer, it will mark the end of Marion Station's last public school.**

## 'Last day of school' is literal

By Jason Rhodes  6/9/04
Special to the Crisfield Times

MARION STATION - When the final bell of the 2003-04 school year rings at Marion Sarah Peyton School on Monday, it will mark the end of the town's last public school.

Marion Sarah Peyton is one of three schools scheduled to close this summer according to consolidation plans approved by the Somerset County Board of Education. The other two, Westover Elementary and Crisfield's H. DeWayne Whittington Primary, also will mark milestones within their communities when classes end on Monday.

For Westover, it will mean the last day of class at a school bearing the town's name. The building is expected to remain open for one more school year, servicing sixth- and seventh-grade students while a larger facility is constructed adjacent to the nearby J.M. Tawes Technology and Career Center.

In Crisfield, the last day of

See School — Page 2



File photo
**Local residents also will bid farewell to H. DeWayne Whittington Primary School this summer, leaving Asbury Avenue without a public school for the first time since 1876.**

## School
Continued From Page 1

classes will mark the last time students exit a school building en masse on Asbury Avenue. The first was in 1876 upon the completion of the city's first public secondary school, Crisfield Academy.

The academy building became an elementary school with the construction of the first Crisfield High School in 1908. Used until 1959, the academy was demolished to make way for the current Whittington Primary building, which was opened in 1960.

While the official closing date of all three schools is not until June 30, the final day of fiscal 2004, most more closely associate the last day of classes as the date a school closes.

The board expects to save millions of dollars in operating costs through the school closings, which will shift students countywide. Students who would have attended Marion or Whittington next year instead will go to Woodson Elementary School, which ends its last classes as Carter G. Woodson Middle School on Monday.

Most students who would have attended Westover next year instead will go to Greenwood Elementary School, which also ends its final classes as a middle school on Monday.

For information on school districts and student placement, call the board of education office at (410) 651-1616.

*Post your comments on this issue at newsblog.info/0601*


DEFENDANT'S EXHIBIT
2