

**National Association for the Advancement of Colored People**
PO Box 355
Princess Anne, MD 21853
Phone: 410-651-2625

September 15, 2005

Dr. Karen Brofee, Superintendent
Somerset County Schools
7982 Crisfield Highway
Westover, MD 21871

Dear Dr. Brofee,

This is to inform you that although we, the members of the Somerset County Chapter of the NAACP, support the naming of a school after Dr. H. DeWayne Whittington, we do not believe the Carter G. Woodson School name should be changed. Historically, Carter G. Woodson was the national founder of Black History Week and was known as the "Father of Black History". Because this school is the Alma Mater for many of us, we Hold it dear to our hearts.

Therefore, the members of the NAACP feel that the name of the Carter G. Woodson School should remain. We respectfully submit this proposition to your board for consideration.

Sincerely,

Kenneth E. Ballard
President, NAACP- Somerset County Branch

cc: Board of Education Members
    Dr. H. DeWayne Whittington

DEFENDANT'S EXHIBIT 3

*"Serving the community for 95 years!"*