# EXHIBIT 3

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|---|---|---|
| MAbel Keys | 5203 Lundy DR LANHAM md 20706 | 1959 |
| Victoria Hawkins | 24270 Hovers Lane marion, Md. | 1959 |
| Romas H Cone | 103 4th ST Accom ML | 1948 |
| Roslyn Fontaine | 4311 Aspen Drive Alexandria, VA | 1978 |
| Troy S Brittingham Sr | 31055 Rehobeth RD Westover md 21871 | 1985 |
| Angela Brittingham | P.O.B 10784 Goldsboro NC 27532-1 | 1986 |
| Angela D. Brittingham | 31055 Rehobeth Rd Westover MD 21871 | 1985 |
| Ed Fontaine SR | 4311 Aspen DR Alex, VA 22319 | 1969 |
| V. Cottman | 25 A W. Chestpot Ave Crisfield, md. | 1952 |
| Joan M Hill | P.O. Box 301 Crisfield, MD | 1990 |
| Robin M. Banks | 11035 Jerusalem Rd Princess Anne md | 1979 |
|  |  |  |
|  |  |  |
|  |  |  |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|---|---|---|
| Winfield M Whittington | 28176 Holland X Road Marion Md 21838 | 1955 |
| William M. Ward | 315 Locust St. Crisfield Md 21817 | 1962 |
| Ella Ward | 315 Locust St. 21817 Crisfield Md | 1959 |
| Lola Sterling | 5021 Wells Corner Marion Md Rd. | 1946 |
| Bessie Morgan | 3810 Tyrol dr. Springdale Md 20782 | 1954 |
| Wayne Horsey | 4793 Jacksonville Rd Crisfield MD 21817 | 1976 |
| Elmer Barkley | 28 Asbury Ave Crisfield Md 21817 | 1956 |
| Rossie Sutton | 3326 28th Parkway Temple Hills MD 20748 | 1960 |
| Roberta Kenney | 5602 Ward Rd. Marion Md 21838 | 1973 |
| William Evans | 16 St For St 21817 | 1989 |
| Dorothy Bell Hurt | 5261 Bivens Rd. Marion Md. 21838 | 1968 |
| Prestine | | 1957 |
| Ronie Bell | 112 Sutt 5th Ave. Denton MD | 1972 |
| Donald Bro | 5285 Bivens RD. Marion MD. 21838 | 1972 |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|------|---------|----------------|
| Vera Sutton | 402 Charlotte Ave Crisfield Md. 21817 | 1945 |
| Ollie W. Lewis | 28183 Holland Crossing Marion, Md. | 1941 |
| Magnolia Steward | P.O. Box 134 Marion, Md. 2183 | 1957 |
| Gertrude Savage | 5085 White Rd. Marion, Md. | |
| Emmer Whittington | 5091 Wagman Rd. Marion, Md. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|---|---|---|
| James M. Jones Jr. | 5906 Ridgeford Dr Burke, Va 22015 | 1959 |
| Charles E Mack | 30924 Edar Allen Rd Eden, MD. 21822 | 1972 |
| Mary L. T. Handy | 28153 Holland Crossing Rd. Marion, MD 21838 | 1954 |
| Johnie M. Thomas | 3320 Cardenas Ave Baltimore MD 21213 | 1951 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|---|---|---|
| Zolah I Brown | 33 63 Sackertown Rd. Crisfield md | 1940 |
| Joy Hall | 30571 Pine Knoll Dr. Princess Anne, MD 2 | 1974 |
| Victoria Scarborough | Marion, md - | 48 |
| Yearse Scarborough | Marion, md - | '54 |
| Shellie Mathils | Marion, md | "51" |
| Carrie Bivens | Marion, md | 85 |
| Agnes Maddox | marion md | |
| Rudford Williams | Marion, md. | 56 |
| Barry Barkley | Crisfield md | 54 |
| Marlene Walls | Crisfield, md | 52 |
| Loetta Wilkins | Salisbury md. | 60 |
| | | |
| | | |
| | | |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|---|---|---|
| Prof. A. Miles Woods, Ph.D. Ethel Sterling | P.O. Box 526 Crisfield, MD | 1938 |
| Cecil Sterling | 1218 Cochran Ave. Balto md. | 1941 |
| Jeanette L. Sterling | 1218 Cochran Ave Balto MD | 1945 |
| Nancy Milbourne | 918 E Sydney St Phila Pa 19150 | 1956 |
| Isaac Curtis | Marion MD | 1954 |
| Mary Curtis | Marion Sta MD | 1947 |
| Brantley Whittington | Princess Anne Md. | 1955 |
| Marguerite Young | 336 Pine St Crisfield | 1951 |
| Melvin Young | 336 Pine St. | 1945 |
| | | |
| | | |
| | | |
| | | |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|------|---------|----------------|
| Shelby E. Ward | Crisfield, Md, 314 Cove St. | 1951 |
| Kenneth Wilkins | 1801 Monroe Ave Neptune NJ 07753 | 1959 |
| Mary Jackson | PO Box 798 Crisfield, Md 21817 | 1958 |
| Mrs. E. Miles | Pd Box 311 Marion md 21838 | |
| Thomas Archie | 204 Wakeview Drive New Castle, Dela 19720 | 1952 |
| David E. York 6 | 102 Woodshade DR Newark, Del 19902 | 1949 |
| Ronald Johnson | 56 Bunker Hill Rd New Castle De 19720 | |
| Shellie W. Jones | 310 Middlesex Ave Thorofare, NJ 08086 | 1967 |
| Clarine Bell | PO Box 158 Marion Md 21838 | 1974 |
| W.B. | PO Box 174 Marion md | 1970 |
| Anthony E. Ward Jr. | 30717 West post office Rd Princess Anne, Md | 1982 |
| | | |
| | | |
| | | |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|---|---|---|
| John & Blancie Gordy | P.O. Box 945 Princess Anne, Md. 2853 | 1989 - 1982 |
| Sandy Doyle | 15554 St Crisfield Md | 1958 |
| Lynette Cottman | USAW Chesapeake Ave | 1976 |
| albert atkins | 1119 Hollen Rd Balto. 21239 | 1957 |
| Shirley Ward Porter | 4530 Tapscott Rd. Balt. 21208 | 1957 |
| Patricia Lankford Douglas | 303 Davis Ln. Crisfield | |
| Marguerite A. Robinson | 7185 River Road Westover, MD 21871 | 1951 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|---|---|---|
| Lester G. Robinson | 1811 W Eleanor St | ~~1945~~ 1945 |
| Anna H. Robinson | | I    1945 |
| ADALYN TILGHMAN | 1500 DUCHESS DR. | SALISBURY MD. 21807 |
| JERRY HALL | 3531 FReedom town CrisField md Rd | 1949 |
| Regina B Hill | 120 W Chesapeake Crisfield MD 21817 | |
| John G Hill | 120 W Chesapeake Crisfield MD 21817 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|---|---|---|
| *(signature)* | 59 Ridgeford Dr. Bueka VA 22015 | 1961 |
| *(signature)* | 1512 Dichene Circle Downingtown PA 14335 | 1962 |
| *(signature)* | " | " |
| Sylvia A. Johnson | 24 Fortune Lane Millville, N.J. 08332 | 1968 |
| Emily V. Dix | 711 Vandever Ave. Wilmington, DE 19802 | 1968 |
| Alicia Whittington | 3539 Puddintown Rd. Crisfield, Md. | 1971 |
| Donald L. Water | Same | 1963 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|---|---|---|
| Dianne Spence | 21 Galton La Willingboro NJ 08046 | 1966 |
| Joanne Sterling | Crisfield | 1966 |
| Clarence Fontaine | PO Box 352 MD 21838 | 1966 |
| William B White | Phila Pa | 1966 |
| Cynthia Whittington | P.O. Box 621 Crisfield MD 21817 | 1966 |
| Augusta Rayford | 406 Charlotte Ave Crisfield md | 1966 |
| Mary L Collins | P. Box 254 Westover, MD 21871 | 1966 |
| Jimmie Stevenson | | 1966 |
| Samuel Jones | | 1966 |
| Victoria Ward | Baltimore, Md. | 1966 |
| | | |
| | | |
| | | |
| | | |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|---|---|---|
| Lemenia Douglas | Phila Pa 1413? 5636 Albad tine Ch | 1960 |
| Lorella F. Cane | 27349 Ocean Hwy Hebron, MD | 1955 |
| Rudolph C. Cane | " " | 1957 |
| CHARLES A. BELL | 4536 CRISFIELD Hwy CRISFIELD, MD 21817 | 1967 |
| Helen F. Taylor | 319 Licet St. Crisfield, Md 21817 | 1957 |
| Mary L. Pigie | 124 W. Chesapeake Ave Crisfield Md 21817 | 1958 |
| Margo G. Gale | 128 W. Chesapeake Ave Crisfield Md 21817 | 1956 |
| Sylvia O. Ward | 1813 S. Deland Ave Salisbury, Md 2150 | 1957 |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|------|---------|----------------|
| Sidney Robinson | 121 E 18 25th 603 Bx Ny 10453 | 1948 |
| Henrietta Robinson | 6731 N, 54, | 1953 |
| Artrice Williams | P.O. Box 23 Manokin, MD 21836 | 1988 |
| Rashida Brooks | 123 Booth Street Salisbury MD 21801 | 1996 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|---|---|---|
| Ellsworth Bacon Sr. | 11335 Holly man Dr. Pr. Ann MD | 1965 |
| Margaret Ship Brown | 11335 Hayman Drive Princess Anne, MD 21853 | 1970 CHS |
| Ed Bivens | 307 Sonne Cove MD Crisfield | 1955 |
| Mary Fields | 5721 Landon Store Rd Marion Md. | 1968 |
| William Bivens | P O Box 135 Marion St, md 21838 | 1859 |
| Mary Bacon-Bivens | P.O. Box 135 MARION, MD | 1963 |
| Bernita Evans-Brown | PO Box 4144 SALISBURY, MD 21803 | 1973 |
| Joshua E. Catlin | P.O. Box 422 Crisfield md 21817 | ——— |
| Lorraine B. Cattman | Same as above | ——— |
| Samuel Lipshur Bacon | 182 Sowers Curve Crisfield md 21817 | ——— |
| Ruby Smith | 2130 5th Landelot Dr. Harrisburg PA 17110 | 1970 |
| Joyce Hamlin | 6800 Philbrook Rd Rich, Va 23234 | 1970 |
| Alfred v. Borba | 2 Carroll avenue Catonsville Md. 21228 | 1868 |
| | | |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|---|---|---|
| E. O. Borden | P.O. Box 60 Marion, Md. 21838 | 67 |
| Deborah Borden | P.O. Box 60 Marion, Md 21838 | 73 |
| Robert Kersey | 1538 S. Coventry Ln West Chester Pa 19382 | 53 |
| Eugene Wilkins | 1010 North Division Ave Salisbury Md 2801 | 68 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|---|---|---|
| Wallace W Whittington | 5399 Barren Island Rd | 1961 |
| JEW Rolley | 29886 Hudson con Rd. | 1947 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|------|---------|----------------|
| Marian H. Croswell | | |
| Rogie Bryant | | |
| Shirda Ford | | |
| Helen Bryan | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

We members of the Crisfield Woodson Alumni Association, are concerned about the names to be given schools, which are being realigned. We would like to maintain the name of H. DeWayne Whittington for one of the Crisfield schools.

We recommend naming the current Carter G. Woodson School H. DeWayne Whittington School. The new school to be built at the Tawes Vocational site would then be named the Carter G. Woodson School.

| NAME | ADDRESS | YEAR GRADUATED |
|------|---------|----------------|
| Crissa Johnson | P.O. Box 523 Rosenhaym, N.J. | 1963 |
| Amaziah C. Harper | 7525 Cever Ct, Atwood, Md | 1963 |
| Pearl McCready | P.O. Box 371 Crisfield, Md 21817 | 1963 |
| Victor T. Ward | 3934 Frisby St Balt 21217 | 66 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

We are interested in the name to be given schools which are being realigned. We would like to maintain the name of **H. DeWayne Whittington**, a Crisfield native for one of the Crisfield schools. We recommend naming the current Carter G. Woodson School, H. DeWayne Whittington. The new school which is to be built on the Tawes Vocational site would then be named the **Carter G. Woodson School.**

| NO. | NAME | ADDRESS | GRADUATION YEAR |
|---|---|---|---|
| | Maurice Barnes | 146 Maple St. Crisfield Md | 1978 |
| | Gracia M. Whittington | 145 S. 4th St. Crisfield, Md. 2817 | 1859 |
| | | Po Box 11 Crisfield Md 21817 | 1978 |
| | Stanley Glaton | P.O. Box 344 Marion Md. 21838 | 1971 |
| | | Box 137 Marion Md 21533 | 1953 |
| | Carlene Taylor | 501 Bay Front Dr. Zago Md. 20774 | 1981 - crisfield |
| | Vanessa Milgor | 3408 Parking Tower Den. #4 Sutherland Rd. | 1982 - crisfield |
| | | 36 Somers Cove Crisfield Md 21817 | 1997 |
| | Geo Collins | 8 Somers Cove Crisfield MD 21817 | 1983 |
| | Dexter Ward | 3 Jenkins Cane Crisfield Md. 21817 | 1979 |
| | Gary Johnson | 11 Somers Cove Crisfield MD 21817 | 2001 |
| | | 214 Somers Cove Crisfield MD | 1991 |
| | | 22 Somers Cove Crisfield MD | 1940 |
| | | 31 Somers Cove Apt | 2000 |
| | Kathleen Shorts | 31 Somers Cove Apt | 1982 |
| | Jimmie Evans | PO Box 180 Marion MD 21838 | 1988 |
| | Darien J. Smith | P.O. Box 19, Marion Station MD 21838 | 2004 |
| | Charles Kennen | P.O. Box 79 Marion Md. 21838 | 1975 |
| | | P.O. B. Marion Station MD 21838 | 1966 |

We are interested in the name to be given schools which are being realigned. We would like to maintain the name of **H. DeWayne Whittington**, a Crisfield native for one of the Crisfield schools. We recommend naming the current Carter G. Woodson School, H. DeWayne Whittington. The new school which is to be built on the Tawes Vocational site would then be named the **Carter G. Woodson School**.

| NO. | NAME | ADDRESS |
|---|---|---|
| 1 | Elaine Wharton | 9616 Melvin White Rd Deal Island 21821 |
| 2 | Stacey Pfaffee | P.O. Box 488 Princess Anne, Md 21853 |
| 3 | David Glass | 4168 Azalea Ln Crisfield Md. |
| 4 | Lynn Brown | 11423 Browstone Rd Princess Anne |
| 5 | Wynne Brown | 11423 Brownstone Rd. Pr. Anne MD. |
| 6 | Joshua Albers | 30550 Valentine Dr. Pr. Anne MD 21853 |
| 7 | Yolanda Corbin-Custer | 30679 Hampden Ave Princess Anne rd 21853 |
| 8 | Virginia Corbin | 30679 Hampden Ave Princess Anne Md 21853 |
| 9 | Tamsha Corbin | 30679 Hampden Ave Princess Anne, MdW1853 |
| 10 | Ayanti Price | 11956 Dezuel Drive Princess Anne Md 21853 |
| 11 | Chavez Blount | 3051 Pine Trail Drive Princess Anne MD 21853 |
| 12 | Tamirah J. | 30679 Hampden Ave Princess Anne rd 21853 |
| 13 | Jeffrie Chase | 29647 Neal Delward Dr. Anne Md |
| 14 | Tawanya Enhase | 29647 Deer Qadons Rd Princess Anne MD |
| 15 | Rachel Wright | 29676 Scotts Blvd. Princess Anne MD 21853 |
| 16 | Krystal Whitle | 29676 Scotts Blvd Princess Anne Md 21853 |
| 17 | Cynthia Newsome | 29666 Scotts Blvd. Princess Anne, MD 21853 |
| 18 | Lindsay Brown | 2666 Scott's Blvd Princess Anne MD 2853 |
| 19 | Luke B | 29666 Scotts Blvd, Princess Anne, MD 21853 |
| 20 | Jesse La Rue | 29669 Scotts Blvd. Pr. Anne, MD. 21853 |

We are interested in the name to be given schools which are being realigned.  We would like to maintain the name of **H. DeWayne Whittington**, a Crisfield native for one of the Crisfield schools.  We recommend naming the current Carter G. Woodson School, H. DeWayne Whittington.  The new school which is to be built on the Tawes Vocational site would then be named the **Carter G. Woodson School.**

| NO. | NAME | ADDRESS | |
|---|---|---|---|
| 1 | Levenia Jefferson | 10925 Marion Price Rd., Chance, Md | |
| 2 | Jay Wright | 23459 Beckett Rd., Chance, MS | |
| 3 | David H. Hanna | 10848 Marion Price Rd. Chance Md 21821 | |
| 4 | Paula V. Price | 10771 Tadville Rd. Chance, MD 21821 | |
| 5 | Joyce Young | 23807 Deal Island Rd. Chance, Md 21821 | |
| 6 | Deborah Kerr | 10771 Toddville RD. Chance, MD. 21821 | |
| 7 | Velma Carr | 11150 Hodson White Rd Dames Quarter Md 21821 | |
| 8 | Dorothy Wrightor | 10819 Marion Price Rd Chance, MD 21821 | |
| 9 | Winston Cox | 11091 Compbe Price Rd Chance MD 21821 | |
| 10 | Leann Wright | 10748 Toddville Rd. Chance Md 21821 | |
| 11 | George Burnetta | P.O. Box 453 Princess Anne Md 21853 | |
| 12 | Andrea Burnetta | P.O. Box 453 Princess Anne MD 21853 | |
| 13 | Glenn Burne Sr | P.O. Box 453 Princess Anne MD 21853 | |
| 14 | Robet Hamilton fr | 10819 Marion Price Rd Chance Md | 21821 |
| 15 | Charles Pinkett SR | 23483 Beckett Rd Chance Md | 21821 |
| 16 | Esther Griffin | 10680 Toddville Rd Chance Md 21821-1710 | |
| 17 | Ora Griffin | 10680 Toddville Rd Chance Md 21821-1710 | |
| 18 | Marlene Wallace | 11111 Ebenezit Rd Dames Quarter Md | |
| 19 | Janelle Jackson | 10817 Toddville Road Chance Md | 21821 |
| 20 | Taylf M. Beckett | Box 14 Deal Island Md. 21821 | |

We are interested in the name to be given schools which are being realigned.  We would like to maintain the name of **H. DeWayne Whittington**, a Crisfield native for one of the Crisfield schools.  We recommend naming the current Carter G. Woodson School, **H. DeWayne Whittington**.  The new school which is to be built on the Tawes Vocational site would then be named the **Carter G. Woodson School**.

| NO. | NAME | ADDRESS |  |
|---|---|---|---|
| 1 | Ronnie LaRue | 29628 Scott Blvd. Princess Anne MD 2853 |  |
| 2 | Brenda Turpin | 6450 Crisfield Highway Marion Md 21838 |  |
| 3 | Amos Byrd | 11540 Church St Princess Anne Md 21853 |  |
| 4 | John Hayward | P.O. Box 701 Princess Anne Md 21853 |  |
| 5 | Agnes Maddy | P.O Box 158 Marion Sta Md 21838 |  |
| 6 | Mildred Fontaine | 12409 Loretta Rd George Princess Anne Md |  |
| 7 | Vernet Crelin | 11661 Beckford Ave Princess Anne Md 21853 |  |
| 8 | Fannie Henry | 30412 Mople Street Pr Anne Md. |  |
| 9 | Miriam Mellon | Princess Ave. Md. 21853 |  |
| 10 | Zemmie Corbett | 30538 Pine Knoll Q. Princess Anne MD 21853 |  |
| 11 | George Corbett | 11840 N. Beechwood St. Princess Anne MD 2853 |  |
| 12 | Al Humphreys | 23309 Ballard Rd Deal Island MD 21821 |  |
| 13 | William McCall | 10629 LLRPCR Princess Anne, Md. 21553 |  |
| 14 | Susan A. Collier | 29600 Deal Island Rd Princess Anne Md 2853 |  |
| 15 | Paylette M. Allen | 29600 Deal Island Rd Princess Anne MD 2853 |  |
| 16 | James Apa | 29450 Deal Island Rd Princess Anne 2853 |  |
| 17 | A. D. Lin | P.O. Box 303 Pr Anne, MD 21853 |  |
| 18 | Mrs Bell | 30565 Pine Knoll Dr. Princess Anne Md |  |
| 19 |  | Of Boy 584 Princess Anne Md. 21853 |  |
| 20 |  | PO Bx 554 Princess Anne Md |  |

We are interested in the name to be given schools which are being realigned.  We would like to maintain the name of H. DeWayne Whittington, a Crisfield native for one of the Crisfield schools.  We recommend naming the current Carter G. Woodson School.  H. DeWayne Whittington.  The new school which is to be built on the Tawes Vocational site would then be named the Carter G. Woodson School.

| NO. | NAME | ADDRESS |
| --- | --- | --- |
| | Shatorne R Tilghman | 30450 Perryhawkin Rd Princess Anne, MD 21853 |
| | W. Boggs | Salisbury M. D. |
| | Paul | Princess Anne |
| | Kalonga Walston | Pr Anney md. |
| | Tanda Collins | 11374A74 Greenwood Princess Anne MD |
| | Glenn Bagwell | 10336 Church Bozin Rd Princess Anne md 21853 |
| | | 1504 Bracket Ave Princess Anne MD 21826 |
| | Glen Kiwangu | 7 Church Street Poromoke MD 21851 |
| | Mary Holloway | Princess Anne md. |
| | Jams Pak | |
| | Margie Dickerson | 11353 Brackett St Princess Anne md. |
| | Jamaul DiStone | P.O. Box 492 Princess Anne MD 21853 |
| | Brett Bell | P.O. Box 492 Pr Anne, md 21853 |
| | Danielle Adkins | Princess Anne Md 21853 |
| | Bennett E Harriett Corbin | Princess Anne, Md P.O. Box 130 |
| | Clifford Adkins | Marion Md PO Box 130 |
| | Amanda Wild | Princess Anne |
| | Jennifer Wang | 3076 S Division St Princess Anne MD |
| | Konjo Steward | P.O. Box 134 Manokin St Pr. 21838 |

We are interested in the name to be given schools which are being realigned. We would like to maintain the name of **H. DeWayne Whittington**, a Crisfield native for one of the Crisfield schools. We recommend naming the current Carter G. Woodson School, H. DeWayne Whittington. The new school which is to be built on the Tawes Vocational site would then be named the **Carter G. Woodson School.**

| NO. | NAME | ADDRESS |
|---|---|---|
| 1 | William T. Handy Jr | 28148 Ashland Crossing Rd. Marion Sta. md 21838 |
| 2 | Tondeka Johnson | Salisbury MO 21804 |
| 3 | Thomas Binder | Salisbury, MD 21804 |
| 4 | Dutell Sykes | Salisbury md. 21802 |
| 5 | Dasa Phippsn | Brentland MD 21836 |
| 6 | Chanel Savage | Froitland MD 21826 |
| 7 | Vikkiah Gillis | Crisfield MD 21817 |
| 8 | Jermaine James | Salisbury, MD 21801 |
| 9 | Samuel Parr | Crisfield Md 21817 |
| 10 | Rev Deacon Henry | Myson Hill MD 21869 |
| 11 | Rev Joseph Henry | Berlin MD 21811 |
| 12 | | Sommers County Md. |
| 13 | Julia W Shangton | 26740 Old State Rd Crisfield MD 21817 |
| 14 | Ronny Dodd | 11433 Dogwood Dr Eden MD 21822 |
| 15 | | 27420 Ridge Rd Princess AnneMd |
| 16 | Evelyn Redding | 11454 Beachard Ave Princess Anne Md 21853 |
| 17 | James Redding | 11454 Beachard Ave Princess Anne Md 21853 |
| 18 | Gloria Sullivan | 412 Charlotte Ave Crisfield Md. 21817 |
| 19 | Nancy Jackson | 28222 Hollands King Marion 21838 |
| 20 | Catherine Jackson | 28222 Hollands King Rd Marion 21838 |

We are interested in the name to be given schools which are being realigned. We would like to maintain the name of **H. DeWayne Whittington**, a Crisfield native for one of the Crisfield schools. We recommend naming the current Carter G. Woodson School, H. DeWayne Whittington. The new school which is to be built on the Tawes Vocational site would then be named the **Carter G. Woodson School.**

| NO. | NAME | ADDRESS | | |
|---|---|---|---|---|
| 1 | Alice J. Cottman | Salisbury | | |
| 2 | James S. Dale Sr | Marion Station | | |
| 3 | Sonia Brinkley Tolton | Dun Street Westover MD AM7 | | |
| 4 | | | | |
| 5 | | PO Box 509   Crisfield MD | | |
| 6 | Mark Hall | 3531 Freedontown Rd Crapeed Md | | |
| 7 | Monique Ward | 5190 Whites Road Marion MD 21838 | | |
| 8 | Gladys On | PO Box 242 Crisfield Md 21817 | | |
| 9 | Kybby Collins | Woodson Way Crisfield Md 2817 | | |
| 10 | Gertrude Somers | Marion | | |
| 11 | Mr. Jr. Cromwell | 3820? Holland Crossing Rd Marion MD 21838 | | |
| 12 | Lindsey Watkey | 3855 Pine Knoll Dr. P.A. MD | | |
| 13 | Tiffany Ghuris | 31 Somms Cove Crisfield MD 21817 | | |
| 14 | Kelly M. Lewis | 2823 Hollance Cray Rd Marion Md 21838 | | |
| 15 | Arthur Thurzood | PO Box 342  Crisfield Md 21817 | | |
| | Gwen Tyer | PO Box 732  Princes Anne MD 21853 | | |
| 17 | | 5180 Whites Rd. Marion, MD 21838 | | |
| | Geraldine Ward | 3636 Freedtown Rd Craisfield Md 21817 | | |
| | Raymond H. Ward | 3636 Freedtown Rd Crisfield Md 21817 | | |
| | Anna Thornton | PO Box 33 Princess Anne Md 21853 | | |
| | Helen Cotton | 30476 Pine Knoll Dr. Princess Anne | | |

We are interested in the name to be given schools which are being realigned.  We would like to maintain the name of **H. DeWayne Whittington**, a Crisfield native for one of the Crisfield schools.  We recommend naming the current Carter G. Woodson School, **H. DeWayne Whittington**.  The new school which is to be built on the Tawes Vocational site would then be named the **Carter G. Woodson School**.

| NO. | NAME | ADDRESS |
|-----|------|---------|
| | Mary M. Burton | 11349 Brocklett Sq Apt 4C Princess Anne MD |
| | Mary A. Burton | 30528 Nutter Lane Apt B Princess Anne MD |
| | Ken Nelson | 30509 West Post Office Rd |
| | Onetta Ufo | Pr. Anne MD |
| | Jonnita Smith | 30003 St James Blvd Princess Anne Md |
| | Steven A. Maddox | P.O. Box 361 Westover Md. 21871 |
| | Kenneth Buller | P.O. Box 360 Princess Ann MD 21853 |
| | Mr. ? ? | P.O. Box 1429 Salisbury, MD 21802 |
| | Mary Waters | 29515 Deal Island Rd. Princess Anne |
| | Sharnita Waters | 11408 Bratten Ave Princess Anne MD |
| | Wendell E. Keal | 1121 E Glenwood School Rd. Princess Ave Md |
| | DeWayne Johnson | 10498 Champ Rd Princess Anne md 21853 |
| | Marilyn B Blake | New ? ? ? |
| | | ? ? Cloverdale Rd Baltimore 21207 |
| | Robert Lee Hall | 12550 Beechwood Rd Princess Anne Md |
| | Lucille Ballard | Somerset County - Garden Lane |
| | Nannie B. Johns | 11543 Puckle Rd Princess Anne, Md - |
| | Wesley B. Ballard | Princess Anne |
| | Anne L. Brumfield | 28317 Mt. Vernon Rd. Princess Anne md 21853 |
| | Norma Brockwell | 28317 Mt. Vernon Rd. Pr. Anne MD 21853 |

We are interested in the name to be given schools which are being realigned. We would like to maintain the name of **H. DeWayne Whittington**, a Crisfield native for one of the Crisfield schools. We recommend naming the current Carter G. Woodson School, **H. DeWayne Whittington**. The new school which is to be built on the Tawes Vocational site would then be named the **Carter G. Woodson School**.

| NO. | NAME | ADDRESS |
|-----|------|---------|
| | Bernard W. Somers | P.O. Box 65 Marion, Md. 21838 |
| | Marshall Barcat | 12377 Somerset Ave. Princess Anne, Md. 21853 |
| | Sonce Ballard | P.O. Box 172 Princess Anne, MD 21853 |
| | Mary Cyrus | PO BX 101 Manokin, Md 21836 |
| | Rosalee Ayers | 30502 Pinehall DR Princess Anne Md. 21853 |
| | David Green | 11343 Steward Foot Rd. Princess Anne, Md |
| | Barbara Featherburg | 11395 Steward Neck Rd. Princess Anne Md. 21853 |
| | Joe Miles | 105 Delaware Ave Salisbury MD |
| | Dan Miles | 1505 B Rogers Ln. Princess Anne Md. |
| | Emmett Whittington | 5091 Blagmore Rd Marion Md 21838 |
| | Frank Miles | P.O. Box 13 Princess Anne MD 21853 |
| | Cli Caths | Princess Anne, Md |
| | Loretta Collins | 11969 Greenwood Sch Rd P.A. Md |
| | Victoria Robins | 11480 Chapter Road Eden, Md 21853 |
| | Pamela Johnson | 10E School St Pocomoke Md 21851 |
| | Colletta Sheppard | 11321 Drawbridge Rd Princess Anne Md. |
| | Carly R. Jones | 11210 Greenwood Sch Rd " |
| | Arlene Fletcher | Princess Anne 0810 |
| | Virgil Taylor | Stevens Lane Rd |
| | Monte Campbell | Princess Anne Md. P.O. Box 302 21853 |

We are interested in the name to be given schools which are being realigned.  We would like to maintain the name of **H. DeWayne Whittington**, a Crisfield native for one of the Crisfield schools.  We recommend naming the current Carter G. Woodson School, H. DeWayne Whittington.  The new school which is to be built on the Tawes Vocational site would then be named the **Carter G. Woodson School**.

| NO. | NAME | ADDRESS |
|---|---|---|
| 1. | Mayor Richard Scott | 129 Maple St |
| 2. | Catherine A. Brown | 18 Heron Way Crisfield, MD 21817 |
| 3. | Callie ■■ | 26449 Mariners Rd. Crisfield MD 21817 |
| 4. | May Collins | 682 Crisfield Hwy Marion MD 21838 |
| 5. | Carlos Brown | P.O. Box 118 Princess Anne Md 21853 |
| 6. | Linda B Brown | P.O. Box 118 Princess Anne 21853 |
| 7. | George Miller | 3128 Bobro Rd Crisfield MD 21817 |
| 8. | Andrew Anthony | PO Box 343 Eden MD 21822 |
| 9. | Roette Evans | 69 Somers Cove Apt Crisfield MD |
| 10. | ALVARO QUINTANILHA | 25 Wynfall Ave Crisfield MD 21817 |
| 11. | Jocelyn Quintanilha | 25 Wynfall Ave Crisfield |
| 12. | Debora Bell | Marion MD 21838 |
| 13. | Benico Evans | 5 Case St Crisfield |
| 14. | John ■■ | 7055 Bishop Westover Rd |
| 15. | John ■■ | " " |
| 16. | ■■ | 5645 Cedar Woodland Rd ■■ MD 21638 |
| 17. | ■■ | 30602 Fosbeget Drive |
| 18. | ■■ | PO Box 70 Crisfield MD 21817 |
| 19. | ■■ | 11376 Hopimp Dive Princess Anne MD |
| 20. | ■■ | PO Box 358 Premiero Orono MD 21853 |

We are interested in the name to be given schools which are being realigned. We would like to maintain the name of **H. DeWayne Whittington**, a Crisfield native for one of the Crisfield schools. We recommend naming the current Carter G. Woodson School, H. DeWayne Whittington. The new school which is to be built on the Tawes Vocational site would then be named the **Carter G. Woodson School**.

| NO. | NAME | ADDRESS |
|-----|------|---------|
| | David C. Whittington | 28388 VT Rd. Princess Anne, Md |
| | Devitha Leverson | P.O. Box 118  Marion, MD 21838 |
| | Shaun Evans | P.O. Box 144  Marion, MD  21838 |
| | Angela Bell | 5285 Brews Rd  Marion MD 21838 |
| | Steven Johnson | P.O. Box 177  Marion Md. 21838 |
| | Karen Butta | 29326 Revells Neck Westover, MD 21871 |
| | Virginia P Bradley | 8301 Mennonite Church Rd. Westover, MD 21891 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

We are interested in the name to be given schools which are being realigned. We would like to maintain the name of **H. DeWayne Whittington**, a Crisfield native for one of the Crisfield schools. We recommend naming the current Carter G. Woodson School, H. DeWayne Whittington. The new school which is to be built on the Tawes Vocational site would then be named the **Carter G. Woodson** School.

| NO. | NAME | ADDRESS | |
|---|---|---|---|
| | Gerald L. Howard | P.O. Box 28  Marion Md. | 21838 |
| | Erigilla W. Clarke | PO Box 106  Marion Md. | 21838 |
| | Jeffrey M. Whittington | 315 Morris St. Fruitland Md | 21826 |
| | Ronline M. Whittington | 11379 Drawbridge Rd. Princess Anne MD | 21853 |
| | LaVerne Cook | 103 4th St. Pocomoke, Md | 21851 |
| | Sakosha R. Waddage | 103 4th St. Pocomoke Md. | 21851 |
| | Florida M. Cane III | 424 Bank St. Pocomoke Md. | 21851 |
| | Miriam J. Cane | 103 4th St. Pocomoke Md. | 21851 |
| | Ellsworth Bacon Sr. | 11355 Hayman Dr. Princess Anne MD | 21853 |
| | Erniestine Lane | P.O. Box 10784 Yulanhow NC | 07532 |
| | John Q. Bird | 18602 Accokeek Ct  Accokeek MD | 20607 |
| | Edward Fontaine | 18602 Accokeek CT  Accokeek MD | 20607 |
| | Gwendolyn Wilson | 4681 Crisfield Highway Crisfield Md | 21817 |
| | Troy Toland | 265 Davis Lane Crisfield | 21817 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |