IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| H. DEWAYNE WHITTINGTON | * | |
| Plaintiff, | * | |
| v | * | Civil Action No. WN-94-398 |
| | * | |
| BOARD OF EDUCATION OF SOMERSET COUNTY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY**

Pursuant to Local Rule 105.2(a), and for the reasons set forth in the accompanying memorandum, defendants seek the Court's permission to file a surreply memorandum to address the new issue contained in the plaintiff's *Reply to Opposition to Plaintiff's Motions to Reopen Case and to Enforce Consent Decree*.

Respectfully submitted,

_____/s/_____
Judith S. Bresler
Federal Bar No. 03481
REESE AND CARNEY, LLP
10715 Charter Drive
Columbia, MD  21044
(410) 740-4600

_____/s/_____
Eric C. Brousaides
Federal Bar No. 12497
REESE AND CARNEY, LLP
10715 Charter Drive
Columbia, MD  21044
Phone: (410) 740-4600


_____/s/_____
Fulton P. Jeffers
Federal Bar No. 00593
REESE AND CARNEY, LLP
124 E. Main Street
P.O. Box 269
Salisbury, MD  21044
Phone: (410) 860-1888

Counsel for Defendants