IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| H. DEWAYNE WHITTINGTON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WN-94-398 |
| | | (Chief Magistrate Judge Jillyn K. Schulze) |
| BOARD OF EDUCATION OF SOMERSET COUNTY, *et al.*, | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \*   ooo0ooo   \* \* \* \* \*

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR LEAVE TO FILE SURREPLY**

Plaintiff H. DeWayne Whittington has no objection to the Board of Education of Somerset County ("the Board") filing a memorandum regarding modification of the Consent Decree in this case, but hopes that the memorandum can be filed promptly so that this matter can be resolved before the start of the school year.

Dr. Whittington and his attorneys read the current Consent Decree to require the Board to name the primary school in Crisfield for him, in whatever building the school is located. In the alternative, if the Court does not read the Consent Decree to apply to the circumstance of the Crisfield primary school moving to a different building, that new circumstance requires a modification of the Decree. Contrary to the implication in the Board's Motion for Leave, these two alternatives are entirely consistent.

Plaintiff suggests that the Court treat Part II of his reply memorandum filed on July 10 as a motion, in the alternative, to modify the Consent Decree. Plaintiff further suggests that the Court allow the Board to file an opposition to that motion by July 26 and allow Dr. Whittington to file a reply by August 1.

                Respectfully submitted,

                                  /s/

| | |
|---|---|
| Mitchell Y. Mirviss, Bar No. 05535 | Andrew D. Freeman, Bar No. 03867 |
| Venable LLP | Brown, Goldstein & Levy, LLP |
| 1800 Mercantile Bank & Trust Building | 120 E. Baltimore Street, Suite 1700 |
| 2 Hopkins Plaza | Baltimore, Maryland 21202 |
| Baltimore, Maryland 21201 | 410-962-1030 |
| (410) 244-7400 | |

                 *Attorneys for Plaintiff H. DeWayne Whittington*