IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| H. DEWAYNE WHITTINGTON | * | |
| Plaintiff, | * | |
| v | * | Civil Action No. WN-94-398 |
| | * | |
| BOARD OF EDUCATION OF SOMERSET COUNTY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' REPLY TO PLAINTIFFS RESPONSE TO
MOTION FOR LEAVE TO FILE SURREPLY**

In his most recent filing, the plaintiff has consented to the defendants' filing of a surreply memorandum to address plaintiff's new argument that the Consent Decree should be modified. With the Court's permission, defendants shall do so. However, plaintiff has also requested that he be allowed to file a reply to defendants' surreply memorandum. That request should be denied. The plaintiff's failure to raise this new issue in his initial motion has resulted in the need for defendants to file a surreply memorandum. Plaintiff should not be permitted to utilize that failure to submit yet another memorandum. In essence, plaintiff is seeking leave to file a surreply to a surreply. The Local Rules do not contemplate or countenance such a filing. Accordingly, the defendants reiterate their request that they be permitted to file a surreply memorandum, and that such be filed within ten days of the Court's ruling on this motion.

Respectfully submitted,

_____/s/_____
Judith S. Bresler
Federal Bar No. 03481
REESE AND CARNEY, LLP
10715 Charter Drive
Columbia, MD  21044
(410) 740-4600


_____/s/_____
Eric C. Brousaides
Federal Bar No. 12497
REESE AND CARNEY, LLP
10715 Charter Drive
Columbia, MD  21044
Phone: (410) 740-4600


_____/s/_____
Fulton P. Jeffers
Federal Bar No. 00593
REESE AND CARNEY, LLP
124 E. Main Street
P.O. Box 269
Salisbury, MD  21044
Phone: (410) 860-1888

Counsel for Defendants