IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| H. DEWAYNE WHITTINGTON | * | |
| | * | |
| v. | * | CIVIL ACTION NO. WMN 94-398 |
| | * | |
| BOARD OF EDUCATION OF | * | |
| SOMERSET COUNTY, et al | * | |
| | *** | |

## ORDER

For the reasons stated in the Memorandum filed with this Order, Plaintiff's Motion to Reopen Case (Dkt. No. 121), Plaintiff's Motion to Enforce Consent Decree (Dkt. No. 122), and Defendant's Motion for Leave to File Surreply are hereby DENIED.

Date:  July 27, 2006                                            /S/
                                                         JILLYN K. SCHULZE
                                                         United States Magistrate Judge